# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 1, 2022

## NO. 03-21-00611-CV

**Jose Pablo Cortina-Pineda, Appellant**

**v.**

**Courtney Cortina-Pineda, Appellee**

**APPEAL FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the decree of divorce signed by the trial court on October 22, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree. Therefore, the Court affirms the trial court's divorce decree. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.